**No. 58517.**—Geo. S. Bush & Co., Inc. *v.* United States, protests 228948–K, etc. (Seattle).

Opinion by RAO, J. It was stipulated that the merchandise consists of magnesium articles similar in all material respects to those which were the subject of *Geo. S. Bush & Co., Inc.* v. *United States* (32 Cust. Ct. 316, C. D. 1620) and that said articles are unfinished parts of internal-combustion engines of the carburetor type similar to those involved in *Geo. S. Bush & Co., Inc.* v. *United States* (41 C. C. P. A. 33, C. A. D. 525). Upon the agreed statement of facts and following the cited decisions, the claim of the plaintiff was sustained.

**No. 58518.**—W. R. Zanes & Company *v.* United States, protests 214514–K, etc. (Galveston).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of jute bagging which was manufactured in Western Germany, the claim of the plaintiff was sustained.